IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:24cr489-MHT
                            )          (WO)
CARLOS FRANCISCO RODRIGUEZ  )
```

ORDER

So as to give the government an opportunity to gather and present evidence, if any, regarding defendant Carlos Francisco Rodriguez's objections to the presentence investigation report and its application of four offense-level enhancements under § 2k2.1(b)(1)(A), § 2K2.1(b)(5)(C), § 2K2.1(b)(6)(B), and § 2K2.1(b)(8), it is ORDERED that:

(1) The sentencing of Carlos Francisco Rodriguez is continued to January 6, 2026, at 9:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) By no later than December 19, 2025, the government shall file any documentary evidence on which it intends to rely.

(3) By no later than December 19, 2025, the government shall file a brief summarizing the testimony it plans to present and the evidence on which it intends to rely. The brief should point to where the evidence can be found in its documentary materials.

(4) By no later than December 30, 2025, defendant Rodriguez may file a response to the government's submission if he wishes to do so.

DONE, this the 25th day of November, 2025.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE